# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No.: 1:17-CR-00047 |
| ) | |
| DARRICK MATTHEW SELLERS ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S SUPPLEMENT TO THE SENTENCING MEMORANDUM

On April 19, 2017, Darrick M. Sellers (hereinafter referenced to as "Sellers") pled guilty to one (1) count of Receipt of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b). Sellers accepted responsibility for his actions and agreed to pay restitution in full. When considering Sellers' background, his accountability for his wrongdoings, and his commitment to treatment and recovery, a sentence no greater than the mandatory minimum of five (5) years is sufficient, but not greater than necessary, to comply with the purposes enunciated by Congress in 18 U.S.C. § 3553(a)(2).

Violet was one of the identified victims in the At School Series. Through her counsel, Carol L. Hepburn, Violet sought restitution in the amount of $10,000.00 as allowed by the Mandatory Restitution for Sex Crimes section of the Violence Against Women's Act of 1994 (18 U.S.C. § 2259) and (18 U.S.C. § 3664) for the harms and losses she incurred as a victim of child pornography. Without hesitation, Sellers agreed to pay Violet the full amount of $10,000.00 in restitution.

By enlisting the help of professionals like Dr. Ronald Weiner (hereinafter referred to as "Weiner"), a specialist in the treatment of sex offenders, Sellers spent two years

addressing issues that led him to watch child pornography.  In therapy, he learned to understand that a child, like Violet, is a victim and not a sexual object. Over the past two years, the therapy sessions with Weiner helped Sellers developed genuine feelings of empathy for the victims who were forced to participate in the pornographic videos.  In therapy, Sellers recognized that by watching these pornographic videos and images, he contributed to the exploitation of children like Violet.  This is the exact reason Sellers agreed to pay restitution.  It is one small way in which he can help restore the victim's loss and injury

By going to therapy, Sellers confronted some deep inner struggles that he could not have identified on his own. He recognized he had some serious problems that necessitated treatment. He also began to understand that those problems affected the lives of children like Violet.  Sellers wants to do everything he can to help victims like Violet. This help includes paying restitution to Violet.  Sellers understands that restitution will not make Violet whole, but it is a step in the right direction.

In determining his sentence, Sellers asks the court to consider the restitution payment as well as the factors set forth in 18 U.S.C § 3553.

## **CONCLUSION**

WHEREFORE, for the reasons stated above and all the reasons stated in the Sentencing Memorandum, the Defendant, DARRICK MATTHEW SELLERS, respectfully asks the court to impose a sentence of five (5) years.

Respectfully submitted,

DARRICK SELLERS
By Counsel


PATRICK ANDERSON & ASSOCIATES, P.C.

_____/s/_____

Patrick N. Anderson, Esquire
Virginia State Bar No.29195
Counsel for Defendant
333 North Fairfax Street, Suite 310
Alexandria, Virginia 22314
(703) 519-7100
panderson@pnalaw.com

# CERTIFICATE OF SERVICE

      I, hereby certify, that on the 2nd day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Alexander Patrick Berrang
U.S. Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

                              PATRICK N. ANDERSON & ASSOCIATES, P.C.:

                                   /s/
                              Patrick N. Anderson, Esquire
                              Virginia Bar No. 29195
                              Counsel for Defendant
                              333 N. Fairfax Street, Suite 310
                              Alexandria, Virginia 22314
                              (703) 519-7100